IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REVEREND MICHAEL JON KELL, et al., : : : : Plaintiffs, : : : CIVIL ACTION NO. v. : 1:17-CV-4374-RWS : DAVID J. SMITH, Clerk of the : U.S. Appellate 11th Circuit, : Atlanta, : : Defendant. : | |

**ORDER**

This action was filed on November 2, 2017 [Doc. No 1]. "The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985). This rule extends to all artificial entities. See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202-203 (1993). Here, Plaintiffs First Meliorite Church and First Meliorite Church of Curacao are artificial entities, and they are attempting to proceed *pro se* in this case. These entities are ORDERED to obtain counsel within fourteen days. If they fail to do so, their claims against Defendant

AO 72A
(Rev.8/82)

will be dismissed. The Clerk is DIRECTED to submit this case to the undersigned at the end of the fourteen day period.

**SO ORDERED**, this 21st day of November, 2017.

_____
**RICHARD W. STORY**
United States District Judge