IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REVEREND MICHAEL JON KELL, et al., | : : : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION NO. : 1:17-CV-4374-RWS : |
| DAVID J. SMITH, | : : |
| Defendant. | : |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Extension of Time [Doc. No. 6], which is GRANTED. Plaintiffs First Meliorite Church and First Meliorite Church of Curacao are ORDERED to obtain counsel no later than January 2, 2018. If they fail to obtain counsel, their claims against Defendant Smith will be dismissed.

**SO ORDERED**, this 4th day of December, 2017.

_____
RICHARD W. STORY
United States District Judge